# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| JONATHAN M. O'SULLIVAN | § | Case No. 15-09476 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/17/2015 .  The undersigned trustee was appointed on 03/17/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                              $              26,911.58

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 107.54 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                              $              26,804.04

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  09/21/2015  and the deadline for filing governmental claims was  09/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,441.16 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,441.16 , for a total compensation of $ 3,441.16 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 107.10 , for total expenses of $ 107.10 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/23/2016                    By:/s/BARRY A. CHATZ
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-09476 | CAD | Judge: | Carol A. Doyle | Trustee Name: | BARRY A. CHATZ |

Case Name:   JONATHAN M. O'SULLIVAN

Date Filed (f) or Converted (c):   03/17/2015 (f)

341(a) Meeting Date:   04/17/2015

For Period Ending:   11/23/2016

Claims Bar Date:   09/21/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real estate - 4647 Orchard View Court, Alsip, IL | 130,000.00 | 0.00 | | 9,516.08 | FA |
| 2.  Checking account - Chase | 1,353.45 | 0.00 | | 2,395.50 | FA |
| 3.  BANK ACCOUNTS - PayPal Account | 50.00 | 0.00 | | 0.00 | FA |
| 4.  Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5.  Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6.  IRA, ERISA, Keogh or pension or profit sharing plans | Unknown | 0.00 | | 0.00 | FA |
| 7.  Tax Refund | 2,500.00 | 0.00 | | 0.00 | FA |
| 8.  Automobiles, Trucks and Vehicles | 11,000.00 | 0.00 | | 0.00 | FA |
| 9.  DJ Equipment | 1,600.00 | 0.00 | | 0.00 | FA |
| 10.  Adversary against Debtor's spouse (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $148,503.45          $15,000.00          $26,911.58          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated settlement of fraudulent transfer and has received court approval of a settlement. Estate's final income tax return and review of claims being completed in preparation for filing of TFR.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 4647 Orchard View Court, Alsip, IL 60803 - joint tenan... |
| RE PROP # | 2 | -- | Chase checking |
| RE PROP # | 3 | -- | PayPal account |
| RE PROP # | 4 | -- | Miscellaneous household goods |
| RE PROP # | 5 | -- | Everyday apparel |
| RE PROP # | 6 | -- | IMRF - Pension |
| RE PROP # | 7 | -- | 2014 anticipated tax refund |
| RE PROP # | 8 | -- | 2009 Ford Edge - 60,000 miles |
| RE PROP # | 10 | -- | Settlement of Adversary Proceeding 15 A 842 |

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-09476 | Trustee Name:  BARRY A. CHATZ | |
| Case Name:  JONATHAN M. O'SULLIVAN | Bank Name:  Union Bank | |
| | Account Number/CD#:  XXXXXX0789 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2000 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/23/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/16 | 2 | Jennifer O'Sullivan 4647 W Orchard View Court Alsip, IL 60803-2524 | LIQUIDATION OF BANK ACCOUNT Primerica acct ending in #0457 | 1129-000 | $2,395.50 | | $2,395.50 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,380.50 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,365.50 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,350.50 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,335.50 |
| 06/27/16 | 1 | CHICAGO TITLE AND TRUST COMPANY 10 SOUTH LASALLE STREET SUITE 2850 CHICAGO, IL  60603 | SALE PROCEEDS 50% of sale proceeds from closing of property; other 50% paid to Jennifer O'Sullivan | 1110-000 | $9,516.08 | | $11,851.58 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $11,836.58 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $11,821.58 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.54 | $11,804.04 |
| 08/26/16 | 10 | JENNIFER M. O'SULLIVAN | PREFERENCE SETTLEMENT | 1241-000 | $15,000.00 | | $26,804.04 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $26,911.58 | $107.54 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $26,911.58 | $107.54 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

| Page Subtotals: | $26,911.58 | $107.54 |
|---|---|---|

Less: Payments to Debtors          $0.00          $0.00

Net                              $26,911.58       $107.54

Exhibit B

Page Subtotals:                              $0.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0789 - Checking | $26,911.58 | $107.54 | $26,804.04 |
| | $26,911.58 | $107.54 | $26,804.04 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,911.58 |
| Total Gross Receipts: | $26,911.58 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-09476

Debtor Name: JONATHAN M. O'SULLIVAN

Claims Bar Date: 9/21/2015

Date: November 23, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $3,441.16 | $3,441.16 |
| 100<br>2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $107.10 | $107.10 |
| 100<br>3210 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON<br>BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60606 | Administrative | | $0.00 | $19,548.00 | $19,548.00 |
| 100<br>3220 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON<br>BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60606 | Administrative | | $0.00 | $530.68 | $530.68 |
| 100<br>2700 | U. S. Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Administrative | Deferred fee for Trustee filing adversary action against Kim O'Sullivan - 15-00842 | $0.00 | $350.00 | $350.00 |
| 1<br>300<br>7100 | FirstMerit Bank, N.A.<br>c/o Sara E. Lorber<br>FactorLaw<br>105 West Madison Street<br>Suite 1500<br>Chicago, IL 60602 | Unsecured | | $0.00 | $185,145.57 | $185,145.57 |
| | Case Totals | | | $0.00 | $209,122.51 | $209,122.51 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1

Printed: November 23, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09476
Case Name: JONATHAN M. O'SULLIVAN
Trustee Name: BARRY A. CHATZ

Balance on hand                                    $              26,804.04

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $          3,441.16 | $          0.00 | $          3,441.16 |
| Trustee Expenses: BARRY A. CHATZ | $          107.10 | $          0.00 | $          107.10 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $          19,548.00 | $          0.00 | $          19,548.00 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $          530.68 | $          0.00 | $          530.68 |
| Charges: U. S. Bankruptcy Court | $          350.00 | $          0.00 | $          350.00 |

Total to be paid for chapter 7 administrative expenses          $          23,976.94

Remaining Balance                                      $          2,827.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 185,145.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 1 | FirstMerit Bank, N.A. | $        185,145.57 | $              0.00 | $          2,827.10 |

Total to be paid to timely general unsecured creditors  $              2,827.10

Remaining Balance  $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE