## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JONATHAN M. O'SULLIVAN, | Case No. 15-09476 |
| Debtor. | Honorable Carol A. Doyle |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Jonathan M. O'Sullivan, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on December 9, 2016.


/s/ Barry A Chatz, Trustee


Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re: §
§
JONATHAN M. O'SULLIVAN § Case No. 15-09476
§
_____ Debtor _____ §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, January 25, 2017 in Courtroom 742, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/23/2016 _____     By: /s/ Barry A. Chatz, Trustee _____
Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JONATHAN M. O'SULLIVAN | § | Case No. 15-09476 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 26,911.58 |
| and approved disbursements of | $ | 107.54 |
| leaving a balance on hand of[1] | $ | 26,804.04 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $    3,441.16 | $    0.00 | $    3,441.16 |
| Trustee Expenses: BARRY A. CHATZ | $    107.10 | $    0.00 | $    107.10 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $    19,548.00 | $    0.00 | $    19,548.00 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $    530.68 | $    0.00 | $    530.68 |
| Charges: U. S. Bankruptcy Court | $    350.00 | $    0.00 | $    350.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 23,976.94 |
| Remaining Balance | | $ | 2,827.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 185,145.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FirstMerit Bank, N.A. | $          185,145.57 | $             0.00 | $          2,827.10 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,827.10 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee

Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Label Matrix for local noticing
0752-1
Case 15-09476
Northern District of Illinois
Chicago
Fri Dec  9 10:28:34 CST 2016

Barry A Chatz
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606-3941

Check Systems, Inc.
Attn: Customer Relations
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

Chris Nikolovski
3838 W. 111th St.
Suite 105
Chicago, IL 60655-4042

Crystal Cove Homeowner's Assoc.
P.O. Box 714
Tinley Park, IL 60477-0714

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 9701
Allen, TX 75013-9701

FirstMerit Bank, N.A.
Sara E. Lorber/FactorLaw
105 W. Madison St., Suite 1500
Chicago, IL 60602-4602

Ariane Holtschlag
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602-4602

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Sara E Lorber
The Law Office of William J. Factor
105 W. Madison St.
Suite 1500
Chicago, IL 60602-4602

Jonathan M. O'Sullivan
3844 West 108th Street
Chicago, IL 60655-3909

Rachel S. Sandler
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604-3536

Scott & Kraus, LLC
150 South Wacker Drive, Ste. 2900
Chicago, IL 60606-4206

Gregory K Stern
Gregory K. Stern, P.C.
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604-3536

Thomas W Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, IL 60423-1272

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Wells Fargo Hm Mortgage
7255 Baymeadows Wa
Des Moines, IA 50306