# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| JONATHAN M. O'SULLIVAN | § | Case No. 15-09476 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,700.00 *(Without deducting any secured claims)* | Assets Exempt: 9,803.45 |
| Total Distributions to Claimants: 2,827.10 | Claims Discharged Without Payment: 449,803.13 |
| Total Expenses of Administration: 24,084.48 | |

3) Total gross receipts of $ 26,911.58  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 26,911.58  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 100,210.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,084.48 | 24,084.48 | 24,084.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 167,274.66 | 185,145.57 | 185,145.57 | 2,827.10 |
| **TOTAL DISBURSEMENTS** | $ 267,484.66 | $ 209,230.05 | $ 209,230.05 | $ 26,911.58 |

4) This case was originally filed under chapter 7 on 03/17/2015 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/09/2017                    By:/s/BARRY A. CHATZ
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate - 4647 Orchard View Court, Alsip, IL | 1110-000 | 9,516.08 |
| Checking account - Chase | 1129-000 | 2,395.50 |
| Adversary against Debtor's spouse | 1241-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,911.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgage 7255 Baymeadows Wa Des Moines, IA 50306 | | 100,210.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 100,210.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 3,441.16 | 3,441.16 | 3,441.16 |
| BARRY A. CHATZ | 2200-000 | NA | 107.10 | 107.10 | 107.10 |
| Union Bank | 2600-000 | NA | 107.54 | 107.54 | 107.54 |
| U. S. Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 19,548.00 | 19,548.00 | 19,548.00 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 530.68 | 530.68 | 530.68 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,084.48 | $ 24,084.48 | $ 24,084.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Chris Nikolovski 3838 W. 111th St. Suite 105 Chicago, IL 60655 | | 324.60 | NA | NA | 0.00 |
| | Crystal Cove Homeowner's Assoc. P.O. Box 714 Tinley Park, IL 60477 | | 600.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Scott & Kraus, LLC 150 South Wacker Drive, Ste. 2900 Chicago, IL 60606 | | 166,350.06 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| 1 | FirstMerit Bank, N.A. | 7100-000 | NA | 185,145.57 | 185,145.57 | 2,827.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 167,274.66** | **$ 185,145.57** | **$ 185,145.57** | **$ 2,827.10** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-09476 | CAD | Judge: | Carol A. Doyle | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|

Case Name:   JONATHAN M. O'SULLIVAN

Date Filed (f) or Converted (c):   03/17/2015 (f)

341(a) Meeting Date:   04/17/2015

For Period Ending:   03/09/2017

Claims Bar Date:   09/21/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real estate - 4647 Orchard View Court, Alsip, IL | 130,000.00 | 0.00 | | 9,516.08 | FA |
| 2.  Checking account - Chase | 1,353.45 | 0.00 | | 2,395.50 | FA |
| 3.  BANK ACCOUNTS - PayPal Account | 50.00 | 0.00 | | 0.00 | FA |
| 4.  Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5.  Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6.  IRA, ERISA, Keogh or pension or profit sharing plans | Unknown | 0.00 | | 0.00 | FA |
| 7.  Tax Refund | 2,500.00 | 0.00 | | 0.00 | FA |
| 8.  Automobiles, Trucks and Vehicles | 11,000.00 | 0.00 | | 0.00 | FA |
| 9.  DJ Equipment | 1,600.00 | 0.00 | | 0.00 | FA |
| 10.  Adversary against Debtor's spouse (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $148,503.45            $15,000.00            $26,911.58            $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated settlement of fraudulent transfer and has received court approval of a settlement. Estate's final income tax return and review of claims being completed in preparation for filing of TFR.

Exhibit 8

| RE PROP # | 1 | -- | 4647 Orchard View Court, Alsip, IL 60803 - joint tenancy |
| RE PROP # | 2 | -- | Chase checking |
| RE PROP # | 3 | -- | PayPal account |
| RE PROP # | 4 | -- | Miscellaneous household goods |
| RE PROP # | 5 | -- | Everyday apparel |
| RE PROP # | 6 | -- | IMRF - Pension |
| RE PROP # | 7 | -- | 2014 anticipated tax refund |
| RE PROP # | 8 | -- | 2009 Ford Edge - 60,000 miles |
| RE PROP # | 10 | -- | Settlement of Adversary Proceeding 15 A 842 |

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 12/31/2017

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-09476
Case Name: JONATHAN M. O'SULLIVAN

Taxpayer ID No: XX-XXX2000
For Period Ending: 03/09/2017

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0789
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/16 | 2 | Jennifer O'Sullivan 4647 W Orchard View Court Alsip, IL 60803-2524 | LIQUIDATION OF BANK ACCOUNT Primerica acct ending in #0457 | 1129-000 | $2,395.50 | | $2,395.50 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,380.50 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,365.50 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,350.50 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,335.50 |
| 06/27/16 | 1 | CHICAGO TITLE AND TRUST COMPANY 10 SOUTH LASALLE STREET SUITE 2850 CHICAGO, IL  60603 | SALE PROCEEDS 50% of sale proceeds from closing of property; other 50% paid to Jennifer O'Sullivan | 1110-000 | $9,516.08 | | $11,851.58 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $11,836.58 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $11,821.58 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $17.54 | $11,804.04 |
| 08/26/16 | 10 | JENNIFER M. O'SULLIVAN | PREFERENCE SETTLEMENT | 1241-000 | $15,000.00 | | $26,804.04 |
| 01/25/17 | 400001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL  60606-0000 | Distribution | | | $3,548.26 | $23,255.78 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($3,441.16) | 2100-000 | | |

Page Subtotals:   $26,911.58   $3,655.80

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-09476 | Trustee Name: BARRY A. CHATZ | |
| Case Name: JONATHAN M. O'SULLIVAN | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0789 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2000 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($107.10) | 2200-000 | | |
| 01/25/17 | 400002 | U. S. Bankruptcy Court 219 South Dearborn Street Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $22,905.78 |
| 01/25/17 | 400003 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60606 | Distribution | | | $20,078.68 | $2,827.10 |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($19,548.00) | 3210-000 | | |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($530.68) | 3220-000 | | |
| 01/25/17 | 400004 | FirstMerit Bank, N.A. c/o Sara E. Lorber FactorLaw 105 West Madison Street Suite 1500 Chicago, IL 60602 | Final distribution to claim 1 representing a payment of 1.53 % per court order. | 7100-000 | | $2,827.10 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,911.58 | $26,911.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,911.58 | $26,911.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,911.58 | $26,911.58 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $23,255.78 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0789 - Checking | $26,911.58 | $26,911.58 | $0.00 |
| | $26,911.58 | $26,911.58 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,911.58 |
| Total Gross Receipts: | $26,911.58 |